CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROLAND CHANG (CABN 271511)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    Fax: (415) 436-7027
    Roland.Chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OSCAR MEDRANO,<br><br>    Defendant. | NO. 19-CR-00326-JSW<br>[FILED JULY 18, 2019] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OSCAR MEDRANO,<br><br>    Defendant. | NO. 25-CR-00240-YGR<br>[FILED AUGUST 7, 2025]<br><br>**NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Both cases concern the same defendant, Oscar Medrano, and both actions appear likely to entail substantial duplication of labor if heard by different judges or might create conflicts and unnecessary expenses if conducted before different judges.

NOTICE OF RELATED CASES
U.S. v. OSCAR MEDRANO                  1

On December 20, 2024, United States Probation filed a Petition For Warrant For Person Under Supervision (the "Petition") against Oscar Medrano ("Medrano") in the Northern District of California, alleging two violations of his federal supervised release. *United States v. Oscar Medrano*, No. 4:19-cr-00326-JSW (N.D. Cal.), Dkt. 26. Charge One alleges there is probable cause to believe that Medrano violated mandatory condition number one that he must not commit another federal, state or local crime. *Id.* at 2. Specifically, on September 19, 2024, Medrano committed the following offenses: California Penal Code § 647(a) – Disorderly Conduct Solicit Lewd Act in Public and California Penal Code § 314(1) – Indecent Exposure, both misdemeanors. *Id.* The Contra Costa County Sheriff's Office arrested him. *Id.* On December 16, 2024, the probation officer reached out to the Contra Costa County Sheriff's Office and confirmed the above charges. *Id.*

Charge Two alleges there is probable cause to believe that Medrano violated mandatory condition number one that he must not commit another federal, state or local crime. *See id.* On December 2, 2024, Mr. Medrano committed the following offense: California Penal Code § 288(c)(1) – Lewd or Lascivious Acts with a Child: Age Specific, which is a felony. *Id.* According to the Contra Costa Sheriff's Office, officers were dispatched to a bakery in Bay Point, California for report of a sexual battery. *Id.* There, two victims stated that Medrano grabbed or attempted to grab their buttocks or genital area. *Id.* at 2-3. While investigating this incident, officers were dispatched to another report of sexual battery approximately one mile from the bakery. *Id.* at 3. There, a victim stated that a suspect grabbed her buttocks and genital area. *Id.* The victim stated that the suspect was a wearing a mask, glasses, and a black sweater. *Id.* On December 3, 2024, officers went to a local supermarket where a manager told officers that, the day prior, a minor victim told the manager that a subject touched her. *Id.* Upon review of the market's surveillance system, the manager saw a male suspect touch the minor victim and another unidentified female customer. *Id.* The suspect was wearing a mask, glasses, and a black sweater. *Id.*

On August 7, 2025, a federal grand jury in the Northern District of California returned a one-count indictment charging Oscar Medrano with illegal reentry following removal by an aggravated felon, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). *United States v. Oscar Medrano*, No. 4:25-cr-00240-YGR (N.D. Cal.), Dkt. 1.

1  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges, or might create conflicts and unnecessary expenses.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: August 11, 2025     Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roland Chang*
ROLAND CHANG
Assistant United States Attorney